LAWRENCE FORTE, Respondent, *v.* LOCKE INSULATOR CORPORATION, Appellant.

(Submitted February 25, 1935; decided March 5, 1935.)

*John F. Thomas* for motion.

*Arthur E. Sutherland* and *William L. Clay* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements, on the ground the order is not final.

FLORENCE B. RUSSELL, Respondent, *v.* JOHN WOLF, Appellant.

(Submitted February 25, 1935; decided March 5, 1935.)

*Meyer Feldman* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.